**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-27731-LEIBOWITZ**

**LUIS CHAVEZ-ORTIZ**,
*Petitioner*,

*v.*

**WARDEN, KROME NORTH SERVICE PROCESSING DETENTION CENTER**,
*Respondent.*
_______________________________________/

**ORDER**

**THIS CAUSE** comes before the Court upon Respondent's Response to the Court's Show Cause Order [ECF No. 5], in which Respondent represents that Petitioner was provided an individualized bond hearing, after which he was released on bond [*Id.* at 1–2]. "Because [Petitioner] is not being detained by the INS (or any United States Government entity for that matter), no order from this Court requiring the INS to release him into the community awaiting his final removal could have any effect. . . . Any opinion regarding [Petitioner]'s challenge to his detention . . . would be purely advisory." *U.S. ex rel. INS*, 296 F.3d 1237, 1243 (11th Cir. 2002) (internal quotation mark omitted)).

Accordingly, it is **ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **DISMISSED** as moot. The ***Clerk*** is DIRECTED to **CLOSE** this case. All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on November 12, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record